UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>NATHANIEL JAMECO BROWN | Case No. MJ 21- 85 -GF-JTJ |

AFFIDAVIT OF RYAN KACHER
IN SUPPORT OF A CRIMINAL COMPLAINT

I, Stephanie Fillinger, having been duly sworn, hereby depose and state the following:

INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of a criminal complaint to arrest Nathaniel Jameco Brown (year of birth: 1977; hereinafter BROWN).  BROWN is a male from Spokane, Washington and there is probable cause that he has been distributing methamphetamine and fentanyl in Great Falls and on and around the Rocky Boy's Indian Reservation.

2.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been employed as such since May 2019.  In this assignment I am a member of the Big Sky Safe Trails Task Force, which specializes in targeting distributors of narcotics on Montana's Indian Reservations.  I am currently stationed in Great Falls, Montana, and have primary responsibility for narcotics and violent crime investigations in Great Falls that impact Montana Indian Reservations. I have specialized training and experience in investigating matters involving the distribution of narcotics and violent-crime related investigations. I have completed the qualified training for federal investigations in Quantico, Virginia.  Prior to being a federal agent with the FBI, I was an Intelligence Analyst contracted to work with the Drug Enforcement Administration

1

(DEA). I received extensive training on communication analysis and gained experience working on drug investigations.

3. The statements contained in this affidavit are based upon my investigation, training and experience, and were obtained with the assistance of other sworn law enforcement officers whom I believe to be competent and reliable. Because this affidavit is being submitted for a limited purpose, I have not included each and every fact known concerning this investigation. I have set forth only the facts I believe are necessary to establish probable cause to support an arrest warrant based on BROWN's violations of 21 U.S.C. §§ 846, 841(a)(1) (conspiracy to distribute controlled substances and possession of a controlled substance with intent to distribute), and 18 USC § 922(g)(1) (prohibited person in possession of a firearm). I collaborated with other state, local, and tribal law enforcement officers in the State of Montana during the course of this investigation.

4. This affidavit will demonstrate there is probable cause to believe BROWN conspired to and did knowingly possess with intent to distribute fentanyl and methamphetamine, and possessed a firearm and ammunition on or about December 2, 2021 despite a disqualifying prior felony conviction.

**PROBABLE CAUSE**

5. On November 16, 2021, the Great Falls Police Department (GFPD) was dispatched to the Super 8 in Great Falls, MT for suspicious narcotic activity occurring in room 242 that was rented by BROWN, an African American male who lived in Spokane, WA. The Super 8 manager stated that BROWN was renting the room and currently was not in the room. The manager was notified by housekeeping staff that when they were in the room preforming housekeeping services, they saw two lines of a white powder substance on a surface within the hotel room. There was a male

2

and a female that accompanied BROWN. GFPD arrived on scene and spoke with the hotel manager. GFPD contacted the Russell Country Drug Task Force (RCDTF). Due to manpower issues, a search warrant was not obtained for the room. While GFPD was on scene, the manager stated that BROWN returned to the hotel with two to three girls in a red Volkswagen vehicle and left after seeing the police cars at the hotel. BROWN did not return to the hotel.

6. On November 17, 2021, GFPD was dispatched to the Comfort Inn, in Great Falls, MT for a report of suspicious activity. The hotel staff reported heavy short term foot traffic coming and going from Room 322.

7. On November 18, 2021, at approximately 2:37am, Cascade County Sheriff Deputy Austin Nenow conducted a traffic stop on Vaughan North Frontage Road and Campbell Ave on a silver 2009 Honda Civic, bearing WA license plate: BWT9100 for a passenger side headlight out. The driver was identified as ARILLE SPIES and she stated she was coming from Spokane, WA to visit a friend. The officer completed the traffic stop. However, Officer Nenow later told RCDTF Detective Hunt that SPIES had an African American male passenger in her vehicle.

8. On November 24, 2021, RCDTF interviewed witness (Witness 1; YOB: 2000) in Great Falls, MT. RCDTF had identified Witness 1 as being involved in the suspicious activity a few weeks prior at the Comfort Inn. Witness 1 is an admitted methamphetamine user. Witness 1 was introduced two to three weeks ago to an African American male selling methamphetamine at a hotel room. Witness 1 saw this male with five ounces of methamphetamine. Witness 1 gave rides to the male.

9. On December 1, 2021, FBI SA Ryan Kacher and DEA TFO Bill Brew conducted an interview of another witness (Witness 2; YOB: 1991) in Great Falls, MT. Witness 2 stated that "Nathaniel Jacomb" was an African American male who was a source of supply to Larry Denney

with fentanyl pills. According to Witness 2, Nathaniel met Larry Denney is prison. Witness 2 began communicating with Nathaniel on Facebook because Nathaniel was in Havre, MT and needed a ride. Witness 2 then picked up Nathaniel and took him to Great Falls, MT. Nathaniel told Witness 2 that he had fentanyl pills and for giving him a ride, he would sell Witness 2 100 fentanyl pills for $25 a pill. Witness 2 took Nathaniel to the Super 8 in Great Falls, MT. They went up to his motel room and Witness 2 saw a pound of methamphetamine. Nathaniel gave Witness 2 the 100 fentanyl pills. Nathaniel reported he was selling an ounce of methamphetamine for $700. Witness 2 and Nathaniel made plans that after Witness 2 sold the fentanyl pills, Nathaniel would bring Witness 2 300 fentanyl pills for $500 and a pound of methamphetamine for $4,000. Per Witness 2, Nathaniel was in Great Falls, two weeks prior to this interview. Witness 2 reported that Nathaniel may have come from Oregon.

10. On December 2, 2021 another witness (Witness 3 YOB: 1996) was interviewed by RCTDF agents. Witness 3 provided information that someone with the Facebook profile name "Nathaniel Moroco Jacome" would be traveling to Great Falls from Spokane, WA with narcotics that day. RCTDF identified the Facebook Profile name Nathaniel Moroco Jacome as BROWN. Witness 3 stated that she/he rented a room at the Comfort Inn in the middle of November 2021 for BROWN. BROWN distributed drugs from that hotel room. BROWN lived in Spokane, WA. Witness 3 purchased, on multiple occasions, 8-ball (3.5 grams) quantities of methamphetamine from BROWN. Witness 3 had booked hotel rooms for BROWN. On December 2, 2021, Witness 3 received communication from BROWN that he was coming to Great Falls, MT to sell "Blues", which were believed to be fentanyl pills. Per Witness 3, BROWN stated he would be in town within a few hours.

11. On December 2, 2021, RCDTF Detective Adam Hunt ran a criminal history on BROWN. In 2019, BROWN was arrested for US Probation violations while on federal supervised release. SA Fillinger called Washington's US District Court and Washington's Federal Probation Office. BROWN was reportedly released off federal supervision in the Eastern District of Washington in 2021.

12. On December 2, 2021, Montana Highway Patrol (MHP) conducted a traffic stop near mile marker 1 on Highway 89/200 on a 2009 silver Honda Civic, bearing WA plate BWT9100. The driver of the vehicle was SPIES and the passenger of the vehicle was BROWN. MHP Trooper Palen observed in plain view Marijuana inside the vehicle. MHP Trooper Palen had SPIES exit the vehicle, then had BROWN exit the vehicle. Trooper Palen observed a knife near BROWN. Trooper Palen performed a pat search on BROWN and felt something hard in his waistband. Trooper Palen removed the item, and it was a plastic baggie containing two baggies of suspected methamphetamine and one baggie of blue "M30" suspected fentanyl pills. BROWN and SPIES were detained and transported to the GFPD. The vehicle was towed to Ox and Son Towing lot in Great Falls, MT. FBI SA Fillinger and RCDTF Detective Brian Tovson conducted a recorded and Mirandized interview with SPIES. DEA SA Randy Ladd and RCDTF Detective Hunt conducted a recorded and Mirandized interview with BROWN.

13. BROWN reported he was originally from Los Angeles, CA. BROWN spoke to a couple of friends of his that were looking for a driver to take pills out to Montana. BROWN offered to take them out to Montana because he has sold drugs before out of town. Benjamin Higgins introduced him to Michael Wells that also goes by the name Mike O'Brien. Wells went to California and purchased 5,000 fentanyl pills for $2 apiece. According to Brown, Wells has federal warrants for his arrest, and he has guns. Wells reportedly is in Spokane, WA and comes

to Great Falls, MT twice a week to sell fentanyl pills. BROWN received methamphetamine and fentanyl pills from Wells. BROWN brought the methamphetamine and pills to Great Falls, MT to distribute them and then head back to Spokane. BROWN said he has made five trips to Great Falls, MT to distribute drugs. He utilized the bus, train, and SPIES had driven him as well. At each trip, BROWN brought 150 fentanyl pills and four ounces of methamphetamine to Great Falls, MT to sell. BROWN was charged $650 an ounce of methamphetamine. BROWN said he made $100 an ounce he sold. Altogether, BROWN estimated he had brought a total of 12 ounces of methamphetamine and 500 fentanyl pills to Great Falls, MT. BROWN had travelled several times to the Rocky Boy's Indian Reservation and stayed with Larry Denney. BROWN would give the drugs to Denney and Denney would distribute the drugs. BROWN said he rents hotel rooms in Great Falls, MT and distributes the drugs. Some of the individuals BROWN has run drugs for him would rent rooms. BROWN stated there was a gun in the car that he was located inside, but that the gun does not work. There were also bullets and a magazine. He got the gun in Spokane, WA from a friend. He paid $50 for the gun.

14.     SPIES in her interview stated that she has been dating BROWN for a year and they live together. BROWN was contacted by Larry Denney whom he met in prison to sell drugs on Rocky Boy's Indian Reservation. BROWN was going to run drugs for 90 days to make money. BROWN had made three to four trips to Great Falls, Montana. He had taken the bus and train before to travel to Great Falls. She reported BROWN sells "Mexys", i.e. fentanyl pills that are blue. In Spokane, SPIES saw BROWN with a sandwich bag of fentanyl pills that looked to contain about 100 pills. SPIES started driving BROWN because he would stay too long in Montana. BROWN went to Rocky Boy's to sell pills with Larry. BROWN and SPIES were in Great Falls a couple of days ago. She reported that BROWN brought a black 9mm gun with him

and hid it behind the glove compartment of her vehicle. He brought the gun for protection. The other gun BROWN has, is a small silver gun that doesn't work.

15. BROWN was arrested and booked into Cascade County Detention Center in Great Falls, MT for Criminal Possession Dangerous Drugs with Intent to Distribute.

16. On December 2nd RCDTF Sg. Jason Mitchell utilized the Tru-Narc field testing device on the white substance that was in multiple baggies. The baggies tested positive for methamphetamine. The net weight of the suspected methamphetamine with packaging was 45.2 grams. The pills seized from BROWN were Tru-Narc tested and the results were inconclusive.

17. On December 3, 2021, RCDTF executed a state search warrant on the Silver 2009 Honda Civic, bearing WA BWT9100, registered SPIES. RCDTF seized a Jennings Firearm INC 22LR pistol, Serial Number 161831, with one loaded magazine with six live rounds of ammunition, and also one SIG 9mm Magazine with one live round. Based on preliminary information about these items, it does not appear this handgun or the ammunition were manufactured within the State of Montana. Additionally, Brown described bringing a gun from out-of-state.

18. In November 2010, BROWN was indicted in the United States District Court for the Eastern District of Washington for the charge of being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1). That docket number is 2:10-CR-144. In September 2011, he was sentenced to 96 months imprisonment, to be followed by supervised release. The docket in that case reflects multiple revocations of supervised release, ending with a revocation and no supervision to follow in August 2021.

## CONCLUSION

14. Based on the foregoing information, there is probable cause to believe that BROWN has violated 21 U.S.C. § 841(a)(1), possession of a controlled substance with intent to distribute, and

has conspired to do the same, in violation of 21 U.S.C. § 846, and also that BROWN has again violated 18 USC § 922(g)(1), being a prohibited person in possession of a firearm and ammunition.

19.    I swear this information is true to the best of my knowledge and belief. I therefore respectfully request that a warrant be issued for his arrest.

This Affidavit was reviewed and approved by AUSA Ethan Plaut.

_____
Stephanie Fillinger, Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO before me this 3rd day of December, 2021.

_____
Hon. John Johnston
United States Magistrate Judge