# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 21-88-GF-BMM** |
| **Plaintiff,** | |
| vs. | **FINAL ORDER OF FORFEITURE** |
| **NATHANIEL JAMECO BROWN,** | |
| **Defendant.** | |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture. Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d), 21 U.S.C. §§ 853(a) and 881(a)(11), and Rule 32.2, Federal Rules of Criminal Procedure.

2. A Preliminary Order of Forfeiture was entered on April 28, 2022 (Doc. 21).

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1).

1

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d), 21 U.S.C. §§ 853(a) and 881(a)(11), and Rule 32.2, Federal Rules of Criminal Procedure.

IT IS ORDERED:

THAT the Motion for Final Order of Forfeiture is GRANTED;

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853(a) and 881(a)(11), and Rule 32.2, Federal Rules of Criminal Procedure, free from the claims of any other party:

- Jennings Firearms Inc., Model J-22, .22 caliber pistol (S/N 161831)
- A magazine
- 9mm ammunition
- .22 caliber ammunition

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 23rd day of June 2022.

_____
Brian Morris, Chief District Judge
United States District Court