# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. NATHANIEL JAMECO BROWN Defendant. | Case No. CR-21-88-GF-BMM  **ORDER** |
|---|---|

Counsel for Defendant Nathaniel Brown has filed a Motion to Correct Judgment. The Government has no objections to the Motion.

IT IS ORDERED that the Defendant's Unopposed Motion to Correct Judgment is GRANTED. The Court will issue an Amended Judgment separately.

DATED this 17th day of October, 2022.

_____
Brian Morris, Chief District Judge
United States District Court